DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HECTOR L. PINTOS-TONCOPI,**
Appellant,

v.

**ALBA J. BASTARDO,**
Appellee.

No. 4D20-2467

[June 10, 2021]

Appeal of nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Maxine Cheesman, Judge; L.T. Case No. 50-2019-DR-010189-XXXX-MBFA.

Ronald L. Bornstein of Law Office of Scott Glassman, P.A., West Palm Beach, for appellant.

Ralph T. White of the Law Office of R.T. White, Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and DAMOORGIAN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***